Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
jacquelynfrano@backuslaw.com
Attorneys for Defendant *Albertson's LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| ROBERTO BARRERA, | **2:19-cv-02068-JCM-DJA** |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** |
| ALBERTSON'S, LLC, | |
| Defendant. | **First Request** |

COMES NOW, Defendant ALBERTSONS LLC, by and through its counsel of record, JACK P. BURDEN, ESQ. and JACQUELYN FRACNO, ESQ. of BACKUS, CARRANZA & BURDEN and Plaintiff ROBERTO BARRERA, by and through his counsel of record PAUL POWELL, ESQ., JARED POWELL, ESQ., and TOM STEWART, ESQ. of THE PAUL POWELL LAW FIRM, and hereby stipulate and agree that due to issues scheduling meetings related to the joint pretrial order, the time for the parties to submit said

. . .

. . .

. . .

. . .

. . .

order shall be extended one (1) week, from October 22, 2021 until October 29, 2021.

DATED: this __21___ day of October, 2021.         DATED: this __21___ day of October, 2021.

**THE POWELL LAW FIRM**                          **BACKUS, CARRANZA & BURDEN**

By: /s/ Tom Stewart                              By: /s/ Jacquelyn Franco
Paul D. Powell, Esq.                             Jack P. Burden, Esq.
Nevada Bar No. 7488                              Nevada Bar No. 6918
Jared D. Powell, Esq.                            Jacquelyn Franco, Esq.
Nevada Bar No. 15086                             Nevada Bar No. 13484
Tom W. Stewart, Esq.                             3050 South Durango Drive
Nevada Bar No. 14280                             Las Vegas, NV 89117
8918 Spanish Ridge Avenue, Suite 100             *Attorneys for Defendant*
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED:  October 22, 2021

_____
UNITED STATES MAGISTRATE JUDGE